## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3056 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DION L. WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The defendant's motion to continue sentencing (filing 56) is granted.

(2)     The defendant's sentencing is continued to Tuesday, May 1, 2007, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney Federal Building and U.S. Courthouse, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

April 4, 2007.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge