# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:06CR3056 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| DION LAMONT WALKER, | ) | |
| Defendant. | ) | |

On oral motion of the defendant, and without objection by the government,

IT IS ORDERED that the defendant's self-surrender date for service of sentence at the institution designated by the Bureau of Prisons is extended until on or after July 16, 2007, at a date, time, and place specified by the Bureau of Prisons.

June 29, 2007.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge